157 A.3d 814

**GENSLER, Adam W., Sr.**

v.

**STATE of Maryland**

**Pet. Docket No. 584, Sept. Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2693, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 814

**GRAY–EL, Richard**

v.

**STATE of Maryland**

**Pet. Docket No. 612, Sept. Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Pending in the Court of Special Appeals (No. 2511, Sept. Term, 2015).

Petition for writ of certiorari denied